No. 72–1448. Howell v. Jones, Sheriff. Appeal from Ct. Crim. App. Tex. Motion of Criminal Trial Lawyers Association of Northern California for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question. 

No. 72–1571. Schwartz v. Talmo, dba Warren's Masonry, et al. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. 

No. 72–1586. Campbell et al. v. Oregon. Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question. 

No. 72–1626. Shaw et al., Trustees v. Commissioner of Corporations and Taxation of Massachusetts; and

No. 72–1627. Frost, Executor v. Commissioner of Corporations and Taxation of Massachusetts. Appeals from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. Reported below: —— Mass. ——, 293 N. E. 2d 862.

No. 72–1670. Texad, Inc. (Texad Specialty Co.) v. Parish of St. Mary Sales and Use Tax Dept. Appeal from Ct. App. La., 1st Cir., dismissed for want of substantial federal question.